IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| SARAH DONICA and PAMELA CRAVEN, Each Individually and on Behalf of All Others Similarly Situated, and BRANDON STEPHENS, DAVID SPIRES and LAVERNE SPIRES, <br><br> Plaintiffs, <br><br> v. <br><br> TRUE STAR CAPITAL, LLC, BRANT GREATHOUSE and CARL MOORE, <br><br> Defendants. | § § § § § § § § § § § § § § § §  CIVIL ACTION NO. 7:22-cv-00173 |

**JOINT MOTION REGARDING DEADLINE
TO SUBMIT SCHEDULING RECOMMENDATIONS**

COMES NOW Plaintiffs Sarah Donica, Pamela Craven, Brandon Stephens, David Spires, and Laverne Spires ("Plaintiffs") and Defendants True Star Capital, LLC, Brant Greathouse, and Carl Moore ( "Defendants"), by and through their undersigned counsel of record and file this Joint Motion Regarding Deadline to Submit Scheduling Recommendations and in support thereof would show unto the Court as follows:

1. Pursuant to the Order for Scheduling Recommendations (Document 21) entered by the Court on March 8, 2023, the Parties must submit a proposed scheduling order to the Court by April 7, 2023.

2. Plaintiffs and Defendants are exploring settlement of the action pertaining to those who have joined the collective action, which would substantially narrow the issues in the case. Progress has been made, but these discussions have not yet been completed. As such, the Parties request a sixty-day extension of the deadline to submit a proposed scheduling order.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request this Honorable Court to grant this Joint Motion Regarding Deadline to Submit Scheduling Recommendations and allow the Parties until June 6, 2023, to submit a proposed scheduling order to the Court.

Dated:  April 6, 2023.

Respectfully submitted,

**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

**BY:**  */s/ Josh Sanford*
    Josh Sanford
    Tex. Bar No. 24077858
    Email:  josh@sanfordlawfirm.com
    Sean Short
    Ark Bar No. 2015079
    Email:  sean@sanfordlawfirm.com

**ATTORNEYS FOR PLAINTIFFS**

**- AND –**

**SPROUSE SHRADER SMITH PLLC**
701 S. Taylor, Suite 500 (79101)
P.O. Box 15008
Amarillo, TX 79105-5008
Main: (806) 468-3300
Fax: (806) 373-3454

BY:  /s/ Iwana Rademaekers
    Iwana Rademaekers, Attorney in Charge
    State Bar of Texas No. 16452560
    Email: iwana.rademaekers@sprouselaw.com
    Holton L. Westbrook
    State Bar of Texas No. 24118822
    Email: holton.westbrook@sprouselaw.com

**ATTORNEYS FOR DEFENDANTS**

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

> Josh Sanford, Esq.
> Email: josh@sanfordlawfirm.com

| | |
|---|---|
| April 6, 2023 | /s/ Iwana Rademaekers |
| Date | Iwana Rademaekers |