IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| SARAH DONICA and PAMELA CRAVEN, Each Individually and on Behalf of All Others Similarly Situated, and BRANDON STEPHENS, DAVID SPIRES and LAVERNE SPIRES, <br><br>Plaintiffs, <br><br>v. <br><br>TRUE STAR CAPITAL, LLC, BRANT GREATHOUSE and CARL MOORE, <br><br>Defendants. | § § § § § § § § § § § § § § § § CIVIL ACTION NO. 7:22-cv-00173 |

## ORDER GRANTING JOINT MOTION REGARDING
## DEADLINE TO SUBMIT SCHEDULING RECOMMENDATIONS

Now before the Court is the Joint Motion Regarding Deadline to Submit Scheduling Recommendations filed by the Parties. Having considered the Motion, the Court is of the opinion that the Motion should be **GRANTED**. It is, therefore,

**ORDERED** that the Parties shall have until and including July 6, 2023, to submit a proposed scheduling order to the Court.

**SIGNED** this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE