N THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **SARAH DONICA and PAMELA CRAVEN,** | § | |
| **Each Individually and on Behalf of All** | § | |
| **Others Similarly Situated, and** | § | |
| **BRANDON STEPHENS, DAVID SPIRES** | § | |
| **and LAVERN SPIRES** | § | |
| | § | |
| | § | |
| vs. | § | NO: 7:22-cv-173-DC-RCG |
| | § | |
| | § | |
| **TRUE STAR CAPITAL, LLC, BRYANT** | § | |
| **GREATHOUSE and CARL MOORE** | § | |

## JOINT SCHEDULING RECOMMENDATIONS

In accordance with the Court's June 7, 2023, Order, the parties recommend that the following deadlines be entered in the scheduling order to control the course of this case:

1.      The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by August 21, 2023, and each opposing party shall respond, in writing, by September 4, 2023.

2.      The parties shall file all motions to amend or supplement pleadings or to join additional parties by August 7, 2023.

3.      Parties asserting claims for relief shall file their designation of potential witnesses, testifying experts, and proposed exhibits, and shall serve on all parties, but not file the materials required by Fed. R. Civ. P. 26(a)(2)(B) by October 4, 2023. Parties resisting claims for relief shall file their designation of potential witnesses, testifying experts, and proposed exhibits, and shall serve on all parties, but not file the materials required by Fed. R. Civ. P. 26(a)(2)(B) by November 3, 2023.  All designations of rebuttal experts shall be filed within 14 days of receipt of the report of the opposing expert.

4.      An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within 30 days

of receipt of the written report of the expert's proposed testimony, or within 30 days of the expert's deposition, if a deposition is taken, whichever is later.

5.      Discovery on the issue of certification must be completed by <u>December 15, 2023</u>.

6.      Motion for Certification due by <u>January 15, 2024</u>.

7.      If Certification is approved, opt-ins and related discovery thereon must be completed by on or before <u>six months after the decision on Certification</u>. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

8.      All Dispositive motions shall be filed by <u>30 days after the close of discovery if certification is approved or 30 days after a decision denying certification</u>. Dispositive motions as defined in Local Rule CV-7(c) and responses to dispositive motions shall be limited to (20) pages in length.

9.      The Court will set the case for trial by separate order.  The order will establish trial type deadlines to include pretrial matters pursuant to Local Rule CV-16(e)-(g).

10.     All of the parties who have appeared in the action conferred concerning the contents of the proposed scheduling order on July 5, 2023, and the parties have agreed as to its contents.

Respectfully submitted,

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

BY:  <u>/s/ Josh Sanford</u>
        Josh Sanford
        Tex. Bar No. 24077858
        Email:  josh@sanfordlawfirm.com
        Sean Short
        Ark Bar No. 2015079
        Email:  sean@sanfordlawfirm.com

**ATTORNEYS FOR PLAINTIFFS**

**- AND –**

**SPROUSE SHRADER SMITH PLLC**
701 S. Taylor, Suite 500 (79101)
P.O. Box 15008
Amarillo, TX 79105-5008
Main:  (806) 468-3300
Fax:  (806) 373-3454

**BY:**   _/s/ Iwana Rademaekers_
            Iwana Rademaekers, Attorney in Charge
            State Bar of Texas No. 16452560
            Email:
            iwana.rademaekers@sprouselaw.com
            Holton L. Westbrook
            State Bar of Texas No. 24118822
            Email: holton.westbrook@sprouselaw.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

        I, Josh Sanford, do hereby certify that on the date imprinted by the CM/ECF system, a true and correct copy of the foregoing document was filed via the CM/ECF system, which will provide notice to the attorneys named below:

Iwana Rademaekers, Esq.
Holton L. Westbrook, Esq.
SPROUSE SHRADER SMITH PLLC
701 S. Taylor, Suite 500 (79101)
P. O. Box 15008
Amarillo, Texas 79105
iwana.rademaekers@sprouselaw.com
holton.westbrook@sprouselaw.com

                        /s/ Josh Sanford
                        **Josh Sanford**