IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

**SARAH DONICA and PAMELA CRAVEN,**                                          **PLAINTIFFS**
Each Individually and on Behalf of All
Others Similarly Situated, and **BRANDON
STEPHENS, DAVID SPIRES and LAVERNE SPIRES**

vs.                             No. 7:22-cv-173-DC-RCG

**TRUE STAR CAPITAL, LLC,**                                                  **DEFENDANTS**
**BRANT GREATHOUSE and CARL MOORE**

## JOINT NOTICE OF SETTLEMENT

The purpose of this Notice of Settlement is to apprise the Court that Plaintiffs and Defendants have reached a settlement in principle. The parties are in the process of finalizing settlement terms and expect to file a Motion for Approval of Settlement with the Court within thirty (30) days of the filing of this Notice of Settlement. Should the parties be unable to file their Motion by this date, they will make an appropriate request for extension to the Court, if required, or provide a status update.

      Respectfully submitted,

      **SARAH DONICA and PAMELA CRAVEN,**
      **Each Individually and on Behalf of All**
      **Others Similarly Situated, and**
      **BRANDON STEPHENS, DAVID SPIRES**
      **and LAVERNE SPIRES, PLAINTIFFS**

      SANFORD LAW FIRM, PLLC
      Kirkpatrick Plaza
      10800 Financial Centre Pkwy, Suite 510
      Little Rock, Arkansas 72211
      Telephone: (501) 221-0088

/s/ Josh Sanford
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

**and**   **TRUE STAR CAPITAL, LLC, BRANT GREATHOUSE and CARL MOORE, DEFENDANTS**

SPROUSE SHRADER SMITH PLLC
701 S. Taylor, Suite 500 (79101)
P.O. Box 15008
Amarillo, Texas 79105-5008
Main: (806) 468-3300
Fax: (806) 373-3454

/s/ Iwana Rademaekers
Iwana Rademaekers
State Bar of Texas No. 16452560
iwana.rademaekers@sprouselaw.com

Holton L. Westbrook
State Bar of Texas No. 24118822
holton.westbrook@sprouselaw.com

## CERTIFICATE OF SERVICE

I, Josh Sanford, do hereby certify that on the date imprinted by the CM/ECF system, a true and correct copy of the foregoing document was filed via the CM/ECF system, which will provide notice to the attorneys named below:

**SPROUSE SHRADER SMITH PLLC**
701 South Taylor, Suite 500 (79101)
Post Office Box 15008
Amarillo, Texas 79105-5008
Main: (806) 468-3300
Fax: (806) 373-3454
Iwana Rademaekers, Esq.
iwana.rademaekers@sprouselaw.com
Holton L. Westbrook, Esq.
holton.westbrook@sprouselaw.com

/s/ Josh Sanford
**Josh Sanford**