UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| SARAH DONICA, PAMELA CRAVEN, | § | |
| BRANDON STEPHENS, DAVID SPIRES, | § | CIVIL NO: |
| LAVERNE SPIRES | § | MO:22-CV-00173-DC |
| | § | |
| vs. | § | |
| | § | |
| TRUE STAR CAPITAL, LLC, | § | |
| BRANT GREATHOUSE, CARL MOORE | § | |

## ORDER CANCELLING FINAL PRETRIAL HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **FINAL PRETRIAL HEARING** on **Friday, May 17, 2024 at 3:00 PM is hereby CANCELLED until further order of the Court**.

IT IS SO ORDERED this 8th day of April, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE