UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| SARAH DONICA, PAMELA CRAVEN, BRANDON STEPHENS, DAVID SPIRES, LAVERNE SPIRES | CIVIL NO: MO:22-CV-00173-DC |
| vs. | |
| TRUE STAR CAPITAL, LLC, BRANT GREATHOUSE, CARL MOORE | |

## ORDER CANCELLING JURY SELECTION/TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **JURY SELECTION/TRIAL** on **Monday, June 3, 2024 at 8:00 AM is hereby CANCELLED until further order of the Court**.

IT IS SO ORDERED this 8th day of April, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE