IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

**SARAH DONICA and PAMELA CRAVEN,**    **PLAINTIFFS**
**Each Individually and on Behalf of All**
**Others Similarly Situated, and BRANDON**
**STEPHENS, DAVID SPIRES and LAVERNE SPIRES**

vs.                    No. 7:22-cv-173-DC-RCG

**TRUE STAR CAPITAL, LLC,**    **DEFENDANTS**
**BRANT GREATHOUSE and CARL MOORE**

## JOINT STATUS REPORT

The parties, by and through their respective counsel, respectfully submit the following for their Status Report:

1. The Parties filed a Joint Notice of Settlement on April 5, 2024, informing the court that they reached a settlement in principle that will resolve all claims in this lawsuit. ECF No. 26.

2. Furthermore, the Parties stated that they anticipated filing their dismissal documents within thirsty days of the filing of the Joint Status Report. *Id*.

3. The Parties have finalized and partially executed a settlement agreement document and are now in the process of exchanging desired edits to their settlement approval papers.

4. Accordingly, the Parties require more time to finalize and file their Motion for Approval of Settlement.

5.   The Parties anticipate that their Motion for Approval of Settlement, or another Joint Status Report, will be filed by May 20, 2024.

        Respectfully submitted,

**SARAH DONICA and PAMELA CRAVEN, Each Individually and on Behalf of All Others Similarly Situated, and BRANDON STEPHENS, DAVID SPIRES and LAVERNE SPIRES, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

and   **TRUE STAR CAPITAL, LLC, BRANT GREATHOUSE and CARL MOORE, DEFENDANTS**

SPROUSE SHRADER SMITH PLLC
701 S. Taylor, Suite 500 (79101)
P.O. Box 15008
Amarillo, Texas 79105-5008
Main: (806) 468-3300
Fax: (806) 373-3454

Iwana Rademaekers
State Bar of Texas No. 16452560
iwana.rademaekers@sprouselaw.com

Holton L. Westbrook
State Bar of Texas No. 24118822
holton.westbrook@sprouselaw.com

## CERTIFICATE OF SERVICE

    I, Josh Sanford, do hereby certify that on the date imprinted by the CM/ECF system, a true and correct copy of the foregoing document was filed via the CM/ECF system, which will provide notice to the attorneys named below:

**SPROUSE SHRADER SMITH PLLC**
701 South Taylor, Suite 500 (79101)
Post Office Box 15008
Amarillo, Texas 79105-5008
Main: (806) 468-3300
Fax: (806) 373-3454
Iwana Rademaekers, Esq.
iwana.rademaekers@sprouselaw.com
Holton L. Westbrook, Esq.
holton.westbrook@sprouselaw.com

                                                  */s/ Josh Sanford*
                                                  **Josh Sanford**