IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

**SARAH DONICA and PAMELA CRAVEN,**                                              **PLAINTIFFS**
Each Individually and on Behalf of All
Others Similarly Situated, and **BRANDON**
**STEPHENS, DAVID SPIRES and LAVERNE SPIRES**

vs.                                   No. 7:22-cv-173-DC-RCG

**TRUE STAR CAPITAL, LLC,**                                              **DEFENDANTS**
**BRANT GREATHOUSE and CARL MOORE**

## NOTICE OF WITHDRAWAL OF CONSENTS TO JOIN

Notice is hereby given that the following Opt-In Plaintiffs withdraw their Consent to Join this case:

Kerry Morehead (*see* ECF No. 15);

Eduardo Lozano (ECF No. 19); and

Danny Bamber (ECF No. 20).

                                        Respectfully submitted,

                                        **SARAH DONICA and PAMELA CRAVEN,**
                                        Each Individually and on Behalf of All
                                        Others Similarly Situated, and
                                        **BRANDON STEPHENS, DAVID SPIRES**
                                        **and LAVERNE SPIRES, PLAINTIFFS**

                                        SANFORD LAW FIRM, PLLC
                                        Kirkpatrick Plaza
                                        10800 Financial Centre Pkwy, Suite 510
                                        Little Rock, Arkansas 72211
                                        Telephone: (501) 221-0088

Page 1 of 2
Sarah Donica, et al. v. True Star Capital, LLC, et al.
U.S.D.C. (W.D. Tex.) Case No. 7:22-cv-173-DC-RCG
Notice of Withdrawal of Consents to Join

/s/ *Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

## CERTIFICATE OF SERVICE

I, Josh Sanford, do hereby certify that on the date imprinted by the CM/ECF system, a true and correct copy of the foregoing document was filed via the CM/ECF system, which will provide notice to the attorneys named below:

**SPROUSE SHRADER SMITH PLLC**
701 South Taylor, Suite 500 (79101)
Post Office Box 15008
Amarillo, Texas 79105-5008
Main: (806) 468-3300
Fax: (806) 373-3454
Iwana Rademaekers, Esq.
iwana.rademaekers@sprouselaw.com
Holton L. Westbrook, Esq.
holton.westbrook@sprouselaw.com

/s/ *Josh Sanford*
**Josh Sanford**

Page 2 of 2
**Sarah Donica, et al. v. True Star Capital, LLC, et al.**
**U.S.D.C. (W.D. Tex.) Case No. 7:22-cv-173-DC-RCG**
**Notice of Withdrawal of Consents to Join**