# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| SARAH DONICA and PAMELA CRAVEN, Each Individually and on Behalf of All Others Similarly Situated, and BRANDON STEPHENS, DAVID SPIRES and LAVERNE SPIRES, <br><br>    Plaintiffs, <br><br>v. <br><br>TRUE STAR CAPITAL, LLC, BRANT GREATHOUSE and CARL MOORE, <br><br>    Defendants. | § § § § § § § § § § § § § § §   CIVIL ACTION NO. 7:22-cv-00173 |

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

Before the Court is the Parties' Joint Motion for Approval of Confidential Settlement Agreement and Dismissal with Prejudice. The Court, having considered the Motion, is of the opinion that it should be, and hereby is GRANTED.

IT IS THEREFORE ORDERED that the Parties' Confidential Settlement Agreement is APPROVED.

IT IS FURTHER ORDERED that this matter is DISMISSED WITH PREJUDICE. The Parties will bear their own costs. This is a final judgment.

**SIGNED** this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE