# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **SARAH DONICA, Individually and on behalf of all others similarly situated, ET AL.,** § § § | | |
| *Plaintiffs,* § | | |
| § | | |
| **v.** § | NO. | **MO:22-CV-00173** |
| § | | |
| **TRUE STAR CAPITAL, LLC, ET AL.,** § | | |
| *Defendants.* § | | |

## ORDER WITHDRAWING REFERRAL TO MAGISTRATE JUDGE

On this day, the Court considered the above-styled and numbered cause, which was reassigned to the United States Magistrate Judge by the Standing Order on Case Management. The Court finds that the referral order should be withdrawn. Accordingly,

It is **ORDERED** that the Referral Order is **WITHDRAWN** and **VACATED**.

It is so **ORDERED**.

**SIGNED** this 21st day of May, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE