IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| SARAH DONICA, EACH INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; PAMELA CRAVEN, EACH INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; BRANDON STEPHENS, DAVID SPIRES, LAVERNE SPIRES,<br>　　*Plaintiffs*,<br><br>v.<br><br>TRUE STAR CAPITAL, LLC, BRANT GREATHOUSE, CARL MOORE,<br>　　*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ MO:22-CV-00173-DC |

## ORDER GRANTING MOTION FOR APPROVAL OF FLSA SETTLEMENT AGREEMENT

BEFORE THE COURT is Plaintiffs and Defendants' Joint Motion to Approve FLSA Settlement Agreement.[1] Plaintiffs, individually and on behalf of all other similarly situated, sued Defendants in August 2022, alleging Defendants failed to pay lawful minimum wage and overtime compensation in violation of the Fair Labor Standards Act ("FLSA").[2] In April 2024, the Parties notified the Court they had reached a settlement.[3] One month later, the Parties jointly moved for the Court's approval of the Parties' settlement agreement, which the Court has filed under seal ("Settlement Agreement").[4]

---

[1] Doc. 31.
[2] Doc. 1.
[3] Doc. 26.
[4] Docs. 31, 32. The Court granted the Parties' Motion to file the Settlement Agreement under Seal.

Having reviewed the proposed Settlement Agreement and the entire record, the Court finds that the settlement of this action is fair to all parties, reasonably resolves a bona fide disagreement between the parties concerning the merits of the claims asserted in this action, and demonstrates a good faith intention by the parties to fully and finally resolve all claims asserted.[5]

It is therefore **ORDERED** that the Parties' Joint Motion for Approval of Settlement Agreement is **GRANTED** and that the Settlement Agreement is **APPROVED**. (Doc. 31).

It is so **ORDERED**.

SIGNED this 30th day of May, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE

---

[5] Doc. 34.