# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| SARAH DONICA, EACH INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; PAMELA CRAVEN, EACH INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; BRANDON STEPHENS, DAVID SPIRES, LAVERNE SPIRES,<br>    *Plaintiffs*,<br><br>v.<br><br>TRUE STAR CAPITAL, LLC, BRANT GREATHOUSE, CARL MOORE,<br>    *Defendants*. | MO:22-CV-00173-DC |

## FINAL JUDGMENT

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITH PREJUDICE** under Rule 41 of the Federal Rules of Civil Procedure and based on the Parties' Joint Motion to Approve FLSA Settlement Agreement filed May 20, 2024. (Doc. 32). Accordingly, because nothing remains in the case to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that the Parties' Joint Motion for Approval of Settlement Agreement is **GRANTED** and that the Settlement Agreement is **APPROVED**. (Doc. 31).

It is also **ORDERED** each party shall bear their own attorney fees, expenses, and court costs except as otherwise provided in the Settlement Agreement.

It is also **ORDERED** that the Clerk of the Court **CLOSE** this case.

It is so **ORDERED**.

SIGNED this 30th day of May, 2024.

                                                    DAVID COUNTS  
                                                  UNITED STATES DISTRICT JUDGE